UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH D. ROBINSON,

                                        Plaintiff

        v.

JEREMY BEAN,

                                        Defendant

Case No. 2:24-cv-00436-APG-MDC

**ORDER**

## I.      DISCUSSION

Plaintiff initiated this case without filing an application to proceed *in forma pauperis* or paying the $405 filing fee. On March 12, 2024, the Court directed Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the $405 filing fee by May 13, 2024. (ECF No. 3). Plaintiff has filed an application to proceed *in forma pauperis*, but it is incomplete because Plaintiff did not include a copy of his prison trust fund account statement for the previous six-month period. (ECF No 4).

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her

1  obligation to pay the filing fee, it just means that the inmate can pay the fee in installments.

2  *See* 28 U.S.C. § 1915(b).

3  **II.     CONCLUSION**

4       For the foregoing reasons, it is ordered that the Clerk of the Court will send Plaintiff

5  the approved form application to proceed *in forma pauperis* by an inmate, as well as the

6  document entitled information and instructions for filing an *in forma pauperis* application.

7       It is further ordered that Plaintiff has **until June 10, 2024**, to either pay the full $405

8  filing fee or file a copy of his prison trust fund account statement for the previous six-

9  month period.

10      Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

11  Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

12  to refile the case with the Court, under a new case number, when Plaintiff can file a

13  complete application to proceed *in forma pauperis* or pay the required filing fee.

14
15      DATED THIS 10th day of May 2024.

16
17  _____
18  Hon. Maximiliano D. Couvillier III
    UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28