AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Interested Party
Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH D. ROBINSON,<br><br>            Plaintiff,<br><br>vs.<br><br>JEREMY BEAN, et al.<br><br>           Defendants. | Case No. 2:24-cv-00436-APG-MDC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Keith D. Robinson, in pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 6th day of December, 2024.

*[signature]*

KEITH D. ROBINSON
*Plaintiff*

DATED this 6th day of December, 2024

AARON D. FORD
Attorney General

By: /s/ *Douglas R. Rands*
    DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
    *Attorneys for Defendants*

IT IS SO ORDERED.

*[signature]*
_____
DISTRICT COURT JUDGE

DATED: December 30, 2024

1